DEFENDANT'S EXHIBIT 1

STATE OF MAINE　　　　　　　　　　　　　　SUPERIOR COURT
KENNEBEC, ss.　　　　　　　　　　　　　　　Docket No. KENSC-CV-2024-125
　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION

Ratnasiri Liyanage-Don　　　　＊
　　　　　　　PLAINTIFF　　　＊　　**AMENDED COMPLAINT**
　　　　　　　　　　　　　　　　＊
v.　　　　　　　　　　　　　　　＊　　Count 1 – Breach of Oral Contract
　　　　　　　　　　　　　　　　＊
Nadia Liyanage-Don　　　　　　＊　　Count 2 – Unjust Enrichment
　　　　　　　DEFENDANT　＊

NOW COMES the Plaintiff, Ratnasiri Liyanage-Don, by and through undersigned counsel, and complains against the Defendant, Nadia Liyanage-Don, as follows:

## PARTIES AND JURISDICTION

1. Plaintiff, Ratnasiri Liyanage-Don ("Ratna"), is a resident of Augusta, Kennebec County, Maine.

2. Defendant, Nadia Liyanage-Don ("Nadia"), is a resident of New York City, New York.

3. This Court has personal jurisdiction over the Defendant pursuant to 14 M.R.S. § 704-A because the Defendant transacted business within the State of Maine and the claims arise from these transactions.

4. Venue is proper in Kennebec County pursuant to 14 M.R.S. § 501 as Plaintiff resides in Kennebec County.

## Count 1
## BREACH OF ORAL CONTRACT

5. To prevail on a breach of contract claim, a plaintiff must establish: (1) the parties had a legally binding contract; (2) the defendant breached a material term of that contract; and (3) the breach caused the plaintiff damages. *Tobin v. Barter*, 2014 ME 51, ¶ 10, 89 A.3d 1088.

6. Oral contracts are generally enforceable in Maine. *Dehahn v. Innes*, 356 A.2d 711, 717 (Me. 1976) (holding that "verbal agreement between the parties was enforceable" and that statute of frauds "affects the remedy only and not the validity of the contract").

AUGUSTA COURTS
JUN 18 '25 ᵃ⁻3:20

## Formation of the Oral Contract

7. On or around June 21, 2013, the parties entered into an oral loan agreement whereby Plaintiff would loan Defendant money at a 5.0% annual interest rate.

8. Nicole Liyanage-Don, Plaintiff's daughter and Defendant's sister, was present during the conversation where the parties discussed and agreed to the terms of the loan arrangement, as set forth in her Affidavit attached hereto as **Exhibit A**.

9. During this conversation, witnessed by Nicole Liyanage-Don, Plaintiff and Defendant specifically agreed that: (a) Plaintiff would provide funds to Defendant for her medical education and to pay off her Fannie Mae student loan; (b) the funds would be provided as a loan, not a gift; (c) Defendant would repay Plaintiff; and (d) interest would accrue at 5% per annum on each advance beginning when the advance was made.

10. As testified by Nicole Liyanage-Don in **Exhibit A**, Plaintiff explained that the 5% interest rate was more favorable than the 7% plus 1% fee that Defendant was paying on her existing Fannie Mae loan.

11. Plaintiff agreed to calculate interest daily at 5% divided by 365 days (or 366 days in leap years) on each advance from the date that advance was made, as witnessed by Nicole Liyanage-Don.

12. The parties agreed that Defendant would begin repayment after completing her medical residency, with this timeline later extended to allow Defendant to complete her fellowship.

## Statute of Frauds Exception
## Partial Performance

13. Although this oral agreement contemplated performance extending beyond one year, it is enforceable under established exceptions to the statute of frauds.

14. The partial performance exception applies because Plaintiff fully performed his obligations by advancing the entire **$145,767.25** principal amount, and Defendant partially performed through her **$30,000** repayment in September 2020, demonstrating mutual acknowledgment of the contract's existence.

15. Under controlling authority from similar family loan cases, "the statute of frauds does not apply to a contract that is no longer executory because it has been fully performed on one side and the other party has longer than a year to perform his part of the bargain." *Chin v. Chin*, 494 S.W.3d 517, 522 (Ky. Ct. App. 2016).

16. Additionally, the benefit exception applies because "the consideration for the promise...redounds to the benefit of the promisor" and "it would have been inequitable

AUGUSTA COURTS
JUN 18 '25 ᴘᴍ3:20

2

for [Defendant] to enjoy the benefits of [her] promise and then evade [her] part of the obligation because the promise was not in writing." *Id.* at 523.

17. Defendant received the full benefit of **$145,767.25** in educational funding that enabled her to complete medical school and establish her career as a physician, making it inequitable to permit a statute of frauds defense.

### Performance by Plaintiff

18. On June 21, 2013, Plaintiff opened a checking account at Bank of Maine (now Camden National Bank) in Defendant's name to facilitate the loan arrangement.

19. Pursuant to the oral agreement, on July 16, 2013, Plaintiff paid off Defendant's Fannie Mae loan in the amount of **$22,836.94** ($21,475.12 principal plus $1,361.82 interest).

20. From 2013 to 2016, Plaintiff regularly deposited money into the bank account for Defendant's medical education expenses, as confirmed by Nicole Liyanage-Don's testimony in **Exhibit A**.

21. Plaintiff maintained detailed records of all funds provided to Defendant, including dates, amounts, and purposes of each transaction, as referenced in Nicole Liyanage-Don's Affidavit and as shown in the comprehensive transaction spreadsheet attached hereto as **Exhibit B**.

22. The total principal amount loaned by Plaintiff to Defendant was **$145,767.25**, as documented in **Exhibit B**.

23. **Exhibit B** demonstrates the systematic advancement of funds from June 21, 2013, through October 3, 2016, including payments for Boston University Medical School tuition, rent, living expenses, and other educational costs.

24. **Exhibit C** contains the detailed interest calculations showing interest computed on each advance from the date it was made, totaling **$69,248.15** in contractual interest through the filing date.

### Defendant's Acknowledgment and Partial Performance

25. As testified by Nicole Liyanage-Don in **Exhibit A**, in 2019 or 2020, Defendant acknowledged to Nicole that she owed money to Plaintiff and stated her intention to repay him.

26. In September 2020, Defendant made a partial repayment totaling **$30,000** through four separate transactions, as documented in **Exhibit B**: (a) $8,000 on September 10, 2020; (b) $8,000 on September 16, 2020; (c) $7,000 on September 23, 2020; and (d) $7,000 on September 29, 2020.

AUGUSTA COURTS
JUN 18 '25 PM3:20

27. These partial repayments constitute Defendant's acknowledgment of the debt and confirm the existence of the oral contract between the parties.

28. As testified by Nicole Liyanage-Don in **Exhibit A**, after September 2020, Defendant told Plaintiff that she would make additional payments once she was financially stable in her physician position.

### Defendant's Breach and Damages

29. Defendant began working as a physician on July 1, 2021, after completing her fellowship, at which time she was obligated to resume repayment under the terms of the agreement.

30. As confirmed by Nicole Liyanage-Don's testimony in **Exhibit A**, since July 2021, Plaintiff has made multiple requests to Defendant for repayment of the remaining loan balance.

31. Despite multiple demands for payment, Defendant has failed and refused to make any payments beyond the initial **$30,000**.

32. Defendant's failure to make payments as agreed constitutes a material breach of the oral contract.

### Calculation of Damages

33. Plaintiff's damages are calculated pursuant to Maine law as follows:

**Period 1: Contract Interest on Individual Advances (July 16, 2013 to June 27, 2024)** a. Principal amount: **$145,767.25** b. Interest calculated on each advance from the date made: **$69,248.15** c. Gross amount at filing: **$215,015.40**

**Partial Payment Credit (September 2020)** d. Payment received and applied to interest: **$30,000.00** e. Net amount owed at filing: **$185,015.40**

**Period 2: Pre-Judgment Interest (June 27, 2024 to May 22, 2025)** f. Base amount: **$185,015.40** g. Time period: 329 days (0.901 years)
h. Interest rate: 7.88% per annum pursuant to 14 M.R.S. § 1602-B i. Pre-judgment interest earned: **$13,141.26**

**Total Current Damages: $198,156.66**

34. This calculation method complies with 14 M.R.S. § 1602-B, which provides that contractual interest applies from inception until filing, and statutory pre-judgment interest applies from filing date forward at the *statutory* rate of 7.88% per annum.

35. The pre-judgment interest rate is determined pursuant to 14 M.R.S. § 1602-B as the rate in effect for the calendar year in which pre-judgment interest begins to accrue.

4

36. As a direct and proximate result of Defendant's breach, Plaintiff has suffered damages in the amount of **$198,156.66**.

### Count 2
### UNJUST ENRICHMENT (PLEADED IN THE ALTERNATIVE)

37. Plaintiff repeats and realleges paragraphs 1-36 as if fully set forth herein.

38. To prevail on a claim for unjust enrichment, the complaining party must show that (1) it conferred a benefit on the other party; (2) the other party had appreciation or knowledge of the benefit; and (3) the acceptance or retention of the benefit was under such circumstances as to make it inequitable for it to retain the benefit without payment of its value. *Platz Assocs. v. Finley*, 2009 ME 55, ¶ 27, 973 A.2d 410.

39. Plaintiff conferred substantial benefits upon Defendant by: (a) paying off her **$22,836.94** Fannie Mae student loan in 2013; and (b) funding **$122,930.31** in medical education expenses at Boston University Medical School from 2013 to 2016.

40. These benefits directly enabled Defendant to complete her medical education without the burden of high-interest debt and establish her career as a physician.

41. Defendant had full knowledge and appreciation of these benefits, as evidenced by: (a) her participation in the June 21, 2013 agreement witnessed by Nicole Liyanage-Don; (b) her use of the deposited funds as shown in **Exhibit B**; (c) her acknowledgment of the debt to Nicole Liyanage-Don as testified in **Exhibit A**; and (d) her partial repayment of **$30,000** in September 2020 as documented in **Exhibit B**.

42. Defendant's retention of these benefits without full payment is inequitable, particularly given: (a) the substantial amount of money provided (**$145,767.25**); (b) Defendant's current employment as a physician with earning capacity; (c) Defendant's acknowledgment of the debt through both statements and partial payment; and (d) the passage of time since Defendant achieved financial stability in July 2021.

43. The reasonable value of the benefits conferred equals the principal amount of **$145,767.25** plus reasonable interest for the use of these funds over the relevant time period, totaling **$198,156.66**.

**WHEREFORE**, Plaintiff requests judgment against Defendant as follows:

A. On Count 1, breach of contract damages in the amount of **$198,156.66**, plus continued pre-judgment interest at the *statutory* rate of 7.88% per annum pursuant to 14 M.R.S. § 1602-B from May 22, 2025, until entry of judgment, and post-judgment interest at the *statutory* rate of 10.88% per annum pursuant to 14 M.R.S. § 1602-C;

B. Alternatively, on Count 2, damages in the amount of **$198,156.66** based on unjust enrichment, plus continued pre-judgment interest at the *statutory* rate of 7.88% per annum pursuant to 14 M.R.S. § 1602-B from May 22, 2025, until entry of judgment, and post-judgment interest at the *statutory* rate of 10.88% per annum pursuant to 14 M.R.S. § 1602-C;

C. Costs of this action pursuant to 14 M.R.S. § 1501; and

D. Such other relief as this Court deems necessary, just, proper and equitable.

Dated: June 17, 2025                     Respectfully submitted,

*[signature]*

Brenden Smith, Esq., Bar No. 009572
*Attorney for Plaintiff*
Law Office of Brenden Smith
P.O. Box 347
Bowdoinham, ME 04008-0347
(207) 319-9153
bsmith@law-maine.com

STATE OF MAINE  
KENNEBEC, ss.

SUPERIOR COURT  
Docket No. **KENSC-CV-2024-125**

## AFFIDAVIT OF NICOLE LIYANAGE-DON

I, Nicole Liyanage-Don, being first duly sworn, depose and state as follows:

1. I am over eighteen years of age and competent to testify to the matters set forth in this Affidavit.

2. I am the daughter of Ratnasiri Liyanage-Don (the "Plaintiff") and the sister of Nadia Liyanage-Don (the "Defendant").

3. I have personal knowledge of the facts stated in this Affidavit.

4. I am aware that my father, Ratnasiri Liyanage-Don, provided financial support to my sister, Nadia Liyanage-Don, for her educational expenses and to pay off her Fannie Mae student loan.

5. On or around June 21, 2013, I was present during a conversation between my father and sister where they discussed the terms of a loan arrangement.

6. During this conversation, I heard my father and sister agree that my father would provide funds to Nadia for her education and to pay off her Fannie Mae loan.

7. I specifically recall that my father and sister agreed that the funds would be provided as a loan, not a gift, and that Nadia would repay my father.

8. I heard my father and Nadia agree to a 5% interest rate on the loan amount, which my father explained was more favorable than the 7% plus 1% fee that Nadia was paying on her Fannie Mae loan.

9. My father explained that he would calculate interest daily at 5% divided by 365 days (or 366 days in leap years) to ensure fair and accurate interest calculations.

10. I understood that Nadia would begin repayment after completing her medical residency, and later heard that this was extended to allow her to complete her fellowship.

11. From 2013 to 2016, I was aware that my father was regularly depositing money into a bank account for Nadia's educational expenses.

12. My father often shared with me that he was maintaining detailed records of all funds provided to Nadia, including the dates, amounts, and purposes of each transaction.

13. In 2019 or 2020, I recall Nadia acknowledging to me that she owed money to our father and stating her intention to repay him.

1

**EXHIBIT A**

14. I am aware that in September 2020, Nadia made a partial repayment of $30,000 to our father.

15. After September 2020, I heard Nadia tell our father that she would make additional payments once she was financially stable in her physician position.

16. Since July 2021, when Nadia began working as a physician, I have heard my father make multiple requests to Nadia for repayment of the remaining loan balance.

17. To my knowledge, Nadia has not made any payments beyond the initial $30,000 despite now being established in her medical career.

18. I have seen the spreadsheet my father maintained documenting the loan transactions and interest calculations.

19. Based on my conversations with both my father and sister over the years, I understood that the money provided was a loan to be repaid with interest, not a gift.

20. I make this Affidavit in support of my father's Complaint in the above-captioned matter and believe the information contained herein to be true and correct to the best of my knowledge, information, and belief.

STATE OF MAINE
COUNTY OF Kennebec

DATED: May 9, 2025

_____
Nicole Liyanage-Don

Personally appeared before me the above-named **Nicole Liyanage-Don** after having adequately proved her identity and made oath that the foregoing statements are true to the best of her knowledge, information, and belief.

Before me,


**LAUREN N PRION**
Notary Public, State of Connecticut
My Commission Expires 07/31/2029

Notary Public/Attorney-at-Law

Print Name: Lauren N Prion

My Commission Expires: 7/31/2029

2

| | Date | Principle | Description | | |
|---|---|---|---|---|---|
| 1 | 07/16/13 | 1361.82 | Loan interest payment for which Nadia took in year 2012 | See Appendix | Item 1 |
| 2 | 07/16/13 | 21475.12 | Loan repayment for which Nadia took in year 2012 | See Appendix | Item 2 |
| 3 | 08/05/13 | 3713.00 | ACH payment from Ratnasiri's Capital Area Federal Credit Union account to Boston University for tuition fee | See Appendix | Item 3 |
| 4 | 11/18/13 | 2000.00 | Check # 006500 written by Nadia to herself for cash withdrawal | See Appendix | Item 4 |
| 5 | 12/16/13 | 6288.00 | ACH payment from Ratnasiri's Capital Area Federal Credit Union account to Boston University for tuition fee | See Appendix | Item 5 |
| 6 | 12/19/13 | 2000.00 | Check # 006501 written by Nadia to herself for cash withdrawal | See Appendix | Item 6 |
| 7 | 01/21/14 | 4000.00 | Check # 006502 written by Nadia to herself for cash withdrawal | See Appendix | Item 7 |
| 8 | 05/07/14 | 900.00 | Check # 501 for rent payment written by Nadia to Boston University for May 2014 rent | See Appendix | Item 8 |
| 9 | 05/19/14 | 1000.00 | Check # 502 written by Nadia to herself for cash withdrawal | See Appendix | Item 9 |
| 10 | 06/03/14 | 600.00 | Check # 503 written by Nadia to herself for cash withdrawal | See Appendix | Item 10 |
| 11 | 07/03/14 | 900.00 | Check # 504 for rent payment written by Nadia to Boston University for July 2014 rent | See Appendix | Item 11 |
| 12 | 7/14/14 | 432.06 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item 12 |
| 13 | 07/21/14 | 635.17 | Online payment for Nadia's Chase credit card balance | See Appendix | Item 13 |
| 14 | 08/04/14 | 900.00 | Check # 506 for rent payment written by Nadia to Boston University for August 2014 rent | See Appendix | Item 14 |
| 15 | 08/11/14 | 10079.00 | ACH payment from Ratnasiri's CAFCU account to Boston University for tuition fee | See Appendix | Item 15 |
| 16 | 08/19/14 | 106.61 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item 16 |
| 17 | 09/04/14 | 900.00 | Check # 507 for rent payment written by Nadia to Boston University for September 2014 rent | See Appendix | Item 17 |
| 18 | 09/19/14 | 62.69 | Online payment for Nadia's Chase credit card balance | See Appendix | Item 18 |
| 19 | 09/19/14 | 167.27 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item 19 |
| 20 | 10/09/14 | 900.00 | Check # 508 for rent payment written by Nadia to Boston University for October 2014 rent | See Appendix | Item 20 |
| 21 | 10/17/14 | 31.74 | Online payment for Nadia's Chase credit card balance | See Appendix | Item 21 |
| 22 | 10/17/14 | 128.79 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item 22 |
| 23 | 11/06/14 | 900.00 | Check # 509 for rent payment written by Nadia to Boston University for November 2014 rent | See Appendix | Item 23 |
| 24 | 11/19/14 | 476.72 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item 24 |
| 25 | 12/05/14 | 900.00 | Check # 510 for rent payment written by Nadia to Boston University for December 2014 rent | See Appendix | Item 25 |
| 26 | 12/11/14 | 13714.00 | ACH payment from Ratnasiri's Kennebec Savings Bank account to Boston University for tuition fee | See Appendix | Item 26 |
| 27 | 12/22/14 | 248.80 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item 27 |
| 28 | 01/08/15 | 900.00 | Check # 511 for rent payment written by Nadia to Boston University for January 2015 rent | See Appendix | Item 28 |
| 29 | 1/15/15 | 1840.00 | Payment from Maria's Chase Credit Card for United State Medical Licensing Examination fee | See Appendix | Item 29 |
| 30 | 1/20/15 | 282.48 | Online payment for Nadia's Chase credit card balance | See Appendix | Item 30 |
| 31 | 01/20/15 | 355.70 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item 31 |
| 32 | 02/09/15 | 900.00 | Check # 512 for rent payment written by Nadia to Boston University for February 2015 rent | See Appendix | Item 32 |
| 33 | 02/19/15 | 358.41 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item 33 |
| 34 | 03/06/15 | 900.00 | Check # 513 for rent payment written by Nadia to Boston University for March 2015 rent | See Appendix | Item 34 |
| 35 | 03/19/15 | 62.55 | Online payment for Nadia's Chase credit card balance | See Appendix | Item 35 |
| 36 | 03/19/15 | 261.19 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item 36 |
| 37 | 04/06/15 | 900.00 | Check # 514 for rent payment written by Nadia to Boston University for April 2015 rent | See Appendix | Item 37 |
| 38 | 04/20/15 | 114.83 | Online payment for Nadia's Chase credit card balance | See Appendix | Item 38 |
| 39 | 04/20/15 | 429.62 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item 39 |
| 40 | 05/11/15 | 900.00 | Check # 516 for rent payment written by Nadia to Boston University for May 2015 rent | See Appendix | Item 40 |
| 41 | 05/18/20 | 140.20 | Online payment for Nadia's Chase credit card balance | See Appendix | Item 41 |
| 42 | 05/19/15 | 259.17 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item 42 |
| 43 | 06/03/15 | 900.00 | Check # 517 for rent payment written by Nadia to Boston University for June 2015 rent | See Appendix | Item 43 |

B

1

| Date | Principle | Description | | |
|---|---|---|---|---|
| 06/18/15 | 385.48 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item | 44 |
| 07/08/15 | 435.48 | Check # 518 for rent payment written by Nadia to Boston University for July 2015 rent | See Appendix | Item | 45 |
| 07/14/15 | 1028.66 | Online payment for Nadia's Chase credit card balance | See Appendix | Item | 46 |
| 07/21/15 | 138.61 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item | 47 |
| 08/07/15 | 10472.00 | ACH payment from Ratnasiri's Capital Area Federal Credit Union account to Boston University for tution fee | See Appendix | Item | 48 |
| 08/10/15 | 2070.40 | Check # 519 for rent payment written by Nadia to roommate Justin Slade for Augusta 2015 rent | See Appendix | Item | 49 |
| 08/20/15 | 318.71 | Online payment for Nadia's Chase Credit One credit card balance | See Appendix | Item | 50 |
| 08/20/15 | 1046.16 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item | 51 |
| 09/02/15 | 1146.31 | Online rent payment to Roxbury Corners for September 2015 rent | See Appendix | Item | 52 |
| 09/08/15 | 19.70 | Check # 520 written by Nadia to Boston University for Eras Photo | See Appendix | Item | 53 |
| 09/14/15 | 25.00 | Nadia's Venmo payment | See Appendix | Item | 54 |
| 09/15/15 | 733.00 | Payment from Maria's Chase Credit Card for Association of American Medical Colleges Medical Licensing Exam fee | See Appendix | Item | 55 |
| 09/16/15 | 70.00 | Payment from Maria's Chase Credit Card for National Medica Resident Matching Fee | See Appendix | Item | 56 |
| 09/21/15 | 25.00 | Online payment for Nadia's Chase Credit card balance | See Appendix | Item | 57 |
| 09/21/15 | 209.23 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item | 58 |
| 10/02/15 | 1144.41 | Online rent payment to Roxbury Corners for October 2015 rent | See Appendix | Item | 59 |
| 10/19/15 | 438.72 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item | 60 |
| 10/21/15 | 84.37 | Online payment for Nadia's Chase credit card balance | See Appendix | Item | 61 |
| 10/31/15 | 128.10 | Payment to Jetblue from Ratnasiri's Chase Credit Card for Nadia's flight BOS-BWI | See Appendix | Item | 62 |
| 10/31/15 | 131.60 | Payment to American Airline from Ratnasiri's Chase Credit Card for Nadia's flight BWI-PHL-BOS | See Appendix | Item | 63 |
| 11/03/15 | 1135.16 | Online rent payment to Roxbury Corners for November 2015 rent | See Appendix | Item | 64 |
| 11/04/15 | 424.50 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item | 65 |
| 11/23/15 | 123.42 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item | 66 |
| 11/23/15 | 803.49 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item | 67 |
| 12/03/15 | 1131.74 | Online rent payment to Roxbury Corners for December 2015 rent | See Appendix | Item | 68 |
| 12/14/15 | 175.27 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item | 69 |
| 12/14/15 | 604.62 | Online payment for Nadia's Chase credit card balance | See Appendix | Item | 70 |
| 12/14/15 | 14952.00 | ACH payment from Nadia's Camden National Bank account to Boston University for tution fee | See Appendix | Item | 71 |
| 01/03/16 | 1127.83 | Online rent payment to Roxbury Corners for January 2016 rent | See Appendix | Item | 72 |
| 01/07/16 | 1485.20 | Online payment for Nadia's Chase credit card balance | See Appendix | Item | 73 |
| 01/19/16 | 463.73 | Online payment for Nadia's Capital One credit card balance | See Appendix | Item | 74 |
| 02/01/16 | 17.50 | Nadia's Venmo payment | See Appendix | Item | 75 |
| 02/03/16 | 2187.72 | Online rent payment to Roxbury Corners for February 2016 rent | See Appendix | Item | 76 |
| 02/22/16 | 541.31 | Online payment for Nadia's Chase credit card balance | See Appendix | Item | 77 |
| 03/03/16 | 2194.40 | Online rent payment to Roxbury Corners for March 2016 rent | See Appendix | Item | 78 |
| 03/21/16 | 788.59 | Online payment for Nadia's Chase credit card balance | See Appendix | Item | 79 |
| 04/05/16 | 2192.34 | Online rent payment to Roxbury Corners for April 2016 rent | See Appendix | Item | 80 |
| 04/12/16 | 299.52 | Online payment for Nadia's Chase credit card balance | See Appendix | Item | 81 |
| 04/26/16 | 1155.00 | Online payment to Boston University | See Appendix | Item | 82 |
| 05/03/16 | 1500.00 | Online rent payment to Roxbury Corners for May 2016 rent | See Appendix | Item | 83 |
| 05/12/16 | 2990.00 | Nadia's Venmo payment | See Appendix | Item | 84 |
| 05/19/16 | 400.00 | Nadia's Venmo payment | See Appendix | Item | 85 |
| 05/23/16 | 342.28 | Online payment for Nadia's Chase credit card balance | See Appendix | Item | 86 |

2

| Date | Principle | Description | | |
|---|---|---|---|---|
| 06/17/16 | 1042.99 | Online payment for Nadia's Chase credit card balance | See Appendix | Item 87 |
| 07/11/16 | 2525.00 | Check # 522 for rent payment written by Nadia for July 2016 rent at 125 W 75 Street LLC | See Appendix | Item 88 |
| 07/19/16 | 258.20 | Payment to Delta Airline from Maria's Delta Credit Card for Nadia's flight NYC-Miami-NYC | See Appendix | Item 89 |
| 07/19/16 | 258.20 | Payment to Delta Airline from Maria's Delta Credit Card for Nadia's boyfriend Charlie's flight NYC-Miami-NYC | See Appendix | Item 90 |
| 08/13/16 | 122.36 | Payment to Walmart from Maria's Delta Credit Card for Nadia's Groceries | See Appendix | Item 91 |
| 08/31/16 | 20.00 | Nadia's Venmo payment | See Appendix | Item 92 |
| 09/07/16 | 87.00 | Nadia's Venmo payment | See Appendix | Item 93 |
| 10/03/16 | 42.00 | Nadia's Venmo payment | See Appendix | Item 94 |
| | 145767.25 | | | |
| 09/10/20 | -8000.00 | Nadia's payment back to Ratnasiri's account | See Appendix | Item 95 |
| 09/16/20 | -8000.00 | Nadia's payment back to Ratnasiri's account | See Appendix | Item 96 |
| /23/20 | -7000.00 | Nadia's payment back to Ratnasiri's account | See Appendix | Item 97 |
| 09/29/20 | -7000.00 | Nadia's payment back to Ratnasiri's account | See Appendix | Item 98 |

## 5% Interest calculation

| Date | Month | Principle Balance | Principle Added | Partial Interest | Monthly Interest | Description | # |
|---|---|---|---|---|---|---|---|
| 07/16/13 | | 1361.82 | 1361.82 | 2.98 | | Loan interest payment for which Nadia took in year 2012 | 1 |
| 07/16/13 | | 22836.94 | 21475.12 | 47.07 | | Loan repayment for which Nadia took in year 2012 | 2 |
| 08/01/13 | August | 22836.94 | | | 95.15 | | |
| 08/05/13 | | 26549.94 | 3713.00 | 13.73 | | ACH payment from Ratnasiri's Capital Area Federal Credit Union account to Boston University for tuition fee | 3 |
| 09/01/13 | September | 26549.94 | | | 110.62 | | |
| 10/01/13 | October | 26549.94 | | | 110.62 | | |
| 11/01/13 | November | 26549.94 | | | 110.62 | | |
| 11/18/13 | | 28549.94 | 2000.00 | 3.56 | | Check # 006500 written by Nadia to herself for cash withdrawal | 4 |
| 12/01/13 | December | 28549.94 | | | 118.96 | | |
| 12/16/13 | | 34837.94 | 6288.00 | 13.78 | | ACH payment from Ratnasiri's Capital Area Federal Credit Union account to Boston University for tuition fee | 5 |
| 12/19/13 | | 36837.94 | 2000.00 | 3.56 | | Check # 006501 written by Nadia to herself for cash withdrawal | 6 |
| 1/1/2014 | January | 36837.94 | | | 153.49 | | |
| 01/21/14 | | 40837.94 | 4000.00 | 6.03 | | Check # 006502 written by Nadia to herself for cash withdrawal | 7 |
| 02/01/14 | February | 40837.94 | | | 170.16 | | |
| 03/01/14 | March | 40837.94 | | | 170.16 | | |
| 04/01/14 | April | 40837.94 | | | 170.16 | | |
| 05/01/14 | May | 40837.94 | | | 170.16 | | |
| 05/01/14 | | 41737.94 | 900.00 | 3.82 | | Check # 501 for rent payment written by Nadia to Boston University for May 2014 rent | 8 |
| 05/19/14 | | 42737.94 | 1000.00 | 1.78 | | Check # 502 written by Nadia to herself for cash withdrawal | 9 |
| 06/01/14 | June | 42737.94 | | | 178.07 | | |
| 06/02/14 | | 43337.94 | 600.00 | 2.38 | | Check # 503 written by Nadia to herself for cash withdrawal | 10 |
| 06/30/14 | | 44237.94 | 900.00 | 0.12 | | Check # 504 for rent payment written by Nadia to Boston University for July 2014 rent | 11 |
| 07/01/14 | July | 44237.94 | | | 184.32 | | |
| 07/14/14 | | 44670.00 | 432.06 | 1.07 | | Online payment for Nadia's Capital One credit card balance | 12 |
| 07/21/14 | | 45305.17 | 635.17 | 0.96 | | Online payment for Nadia's Chase credit card balance | 13 |
| 07/30/14 | | 46205.17 | 900.00 | 0.25 | | Check # 506 for rent payment written by Nadia to Boston University for August 2014 rent | 14 |
| 08/01/14 | August | 46205.17 | | | 192.52 | | |
| 08/11/14 | | 56284.17 | 10079.00 | 28.99 | | ACH payment from Ratnasiri's CAFCU account to Boston University for tuition fee | 15 |
| 08/19/14 | | 56390.78 | 106.61 | 0.19 | | Online payment for Nadia's Capital One credit card balance | 16 |
| 08/30/14 | | 57290.78 | 900.00 | 0.25 | | Check # 507 for rent payment written by Nadia to Boston University for September 2014 rent | 17 |
| 09/01/14 | September | 57290.78 | | | 238.71 | | |
| 09/19/14 | | 57353.47 | 62.69 | 0.10 | | Online payment for Nadia's Chase credit card balance | 18 |
| 09/19/14 | | 57520.74 | 167.27 | 0.27 | | Online payment for Nadia's Capital One credit card balance | 19 |
| 10/01/14 | October | 57520.74 | | | 239.67 | | |
| 10/05/14 | | 58420.74 | 900.00 | 3.33 | | Check # 508 for rent payment written by Nadia to Boston University for October 2014 rent | 20 |
| 10/17/14 | | 58452.48 | 31.74 | 0.07 | | Online payment for Nadia's Chase credit card balance | 21 |
| 10/17/14 | | 58581.27 | 128.79 | 0.26 | | Online payment for Nadia's Capital One credit card balance | 22 |
| 11/1/2014 | November | 58581.27 | | | 244.09 | | |
| 11/04/14 | | 59481.27 | 900.00 | 3.33 | | Check # 509 for rent payment written by Nadia to Boston University for November 2014 rent | 23 |

1

## 5% Interest calculation

| Date | | Balance | Payment | Interest | Description | # |
|---|---|---|---|---|---|---|
| 11/19/14 | | 59957.99 | 476.72 | 0.78 | Online payment for Nadia's Capital One credit card balance | 24 |
| 12/1/2014 | December | 59957.99 | | | | |
| 12/01/14 | | 60857.99 | 900.00 | 3.82 | Check # 510 for rent payment written by Nadia to Boston University for December 2014 rent | 25 |
| 12/11/14 | | 74571.99 | 13714.00 | 39.45 | ACH payment from Rathasiri's Kennebec Savings Bank account to Boston University for tution fee | 26 |
| 12/22/14 | | 74820.79 | 248.80 | 0.34 | Online payment for Nadia's Capital One credit card balance | 27 |
| 1/1/2015 | January | 74820.79 | | | | 311.75 |
| 01/04/15 | | 75720.79 | 900.00 | 3.45 | Check # 511 for rent payment written by Nadia to Boston University for January 2015 rent | 28 |
| 01/15/15 | | 77560.79 | 1840.00 | 4.28 | Payment from Maria's Chase Credit Card for United State Medical Licensing Examination fee | 29 |
| 01/20/15 | | 77843.27 | 282.48 | 0.46 | Online payment for Nadia's Capital One credit card balance | 30 |
| 01/20/15 | | 78198.97 | 355.70 | 0.58 | Online payment for Nadia's Capital One credit card balance | 31 |
| 2/1/2015 | February | 78198.97 | | | | 325.83 |
| 2/3/2015 | | 79098.97 | 900.00 | 3.21 | Check # 512 for rent payment written by Nadia to Boston University for February 2015 rent | 32 |
| 02/19/15 | | 79457.38 | 358.41 | 0.49 | Online payment for Nadia's Capital One credit card balance | 33 |
| 3/1/2015 | March | 79457.38 | | | | 331.07 |
| 03/02/15 | | 80357.38 | 900.00 | 3.70 | Check # 513 for rent payment written by Nadia to Boston University for March 2015 rent | 34 |
| 03/19/15 | | 80419.93 | 62.55 | 0.11 | Online payment for Nadia's Capital One credit card balance | 35 |
| 03/19/15 | | 80681.12 | 261.19 | 0.47 | Online payment for Nadia's Capital One credit card balance | 36 |
| 4/1/2015 | April | 80681.12 | | | | 336.17 |
| 04/01/15 | | 81581.12 | 900.00 | 3.70 | Check # 514 for rent payment written by Nadia to Boston University for April 2015 rent | 37 |
| 04/20/15 | | 81695.95 | 114.83 | 0.17 | Online payment for Nadia's Chase credit card balance | 38 |
| 04/20/15 | | 82125.57 | 429.62 | 0.65 | Online payment for Nadia's Capital One credit card balance | 39 |
| 5/01/15 | May | 82125.57 | | | | 342.19 |
| 05/01/15 | | 83025.57 | 900.00 | 3.82 | Check # 516 for rent payment written by Nadia to Boston University for May 2015 rent | 40 |
| 05/18/20 | | 83165.77 | 140.20 | 0.27 | Online payment for Nadia's Chase credit card balance | 41 |
| 05/19/15 | | 83424.94 | 259.17 | 0.46 | Online payment for Nadia's Capital One credit card balance | 42 |
| 6/1/2015 | June | 83424.94 | | | | 347.60 |
| 06/01/15 | | 84324.94 | 900.00 | 3.70 | Check # 517 for rent payment written by Nadia to Boston University for June 2015 rent | 43 |
| 06/18/15 | | 84710.42 | 385.48 | 0.69 | Online payment for Nadia's Capital One credit card balance | 44 |
| 7/1/2015 | July | 84710.42 | | | | 352.96 |
| 07/01/15 | | 85145.90 | 435.48 | 1.85 | Check # 518 for rent payment written by Nadia to Boston University for July 2015 rent | 45 |
| 07/14/15 | | 86174.56 | 1028.66 | 2.54 | Online payment for Nadia's Chase credit card balance | 46 |
| 07/21/15 | | 86313.17 | 138.61 | 0.21 | Online payment for Nadia's Capital One credit card balance | 47 |
| 8/1/2015 | August | 86313.17 | | | | 359.64 |
| 08/07/15 | | 96785.17 | 10472.00 | 35.86 | ACH payment from Rathasiri's Capital Area Federal Credit Union account to Boston University for tution fee | 48 |
| 08/10/15 | | 98855.57 | 2070.40 | 6.24 | Check # 519 for rent payment written by Nadia to roommate Justin Slade for Augusta 2015 rent | 49 |
| 08/20/15 | | 99174.28 | 318.71 | 0.52 | Online payment for Nadia's Capital One credit card balance | 50 |
| 08/20/15 | | 100220.59 | 1046.31 | 1.72 | Online payment for Nadia's Chase credit card balance | 51 |
| 9/1/2015 | September | 100220.59 | | | | 417.59 |
| 09/02/15 | | 101366.90 | 1146.31 | 4.55 | Online rent payment to Roxbury Corners for September 2015 rent | 52 |
| 09/08/15 | | 101386.60 | 19.70 | 0.06 | Check # 520 written by Nadia to Boston University for Eras Photo | 53 |
| 9/1/2015 | September | 101386.60 | | | | 422.44 |

2

## 5% Interest calculation

| Date | Balance | Amount | Interest | Description | # |
|---|---|---|---|---|---|
| 09/14/15 | 101411.60 | 25.00 | 0.06 | Nadia's Venmo payment | 54 |
| 09/15/15 | 102144.60 | 733.00 | 1.61 | Payment from Maria's Chase Credit Card for Association of American Medical Colleges Medical Licensing Exam fee | 55 |
| 09/16/15 | 102214.60 | 70.00 | 0.14 | Payment from Maria's Chase Credit Card for National Medica Resident Matching Fee | 56 |
| 09/21/15 | 102239.60 | 25.00 | 0.03 | Online payment for Nadia's Chase credit card balance | 57 |
| 09/21/15 | 102448.83 | 209.23 | 0.29 | Online payment for Nadia's Capital One credit card balance | 58 |
| 10/1/2015 October | 102448.83 | | | | |
| 10/02/15 | 103593.24 | 1144.41 | 4.70 | 426.87 Online rent payment to Roxbury Corners for October 2015 rent | 59 |
| 10/19/15 | 104031.96 | 438.72 | 0.78 | Online payment for Nadia's Capital One credit card balance | 60 |
| 10/21/15 | 104116.33 | 84.37 | 0.13 | Online payment for Nadia's Chase credit card balance | 61 |
| 10/31/15 | 104244.43 | 128.10 | 0.02 | Payment to Jetblue from Ratnasiri's Chase Credit Card for Nadia's flight BOS-BWI | 62 |
| 10/31/15 | 104376.03 | 131.60 | 0.02 | Payment to American Airline from Ratnasiri's Chase Credit Card for Nadia's flight BWI-PHL-BOS | 63 |
| 11/1/2015 November | 104376.03 | | | 434.90 | |
| 11/03/15 | 105511.19 | 1135.16 | 4.35 | Online rent payment to Roxbury Corners for November 2015 rent | 64 |
| 11/04/15 | 105935.69 | 424.50 | 1.57 | Online payment for Nadia's Capital One credit card balance | 65 |
| 11/23/15 | 106059.11 | 123.42 | 0.14 | Online payment for Nadia's Capital One credit card balance | 66 |
| 11/23/15 | 106862.60 | 803.49 | 0.88 | Online payment for Nadia's Chase credit card balance | 67 |
| 12/1/2015 December | 106862.60 | | | 445.26 | |
| 12/03/15 | 107994.34 | 1131.74 | 4.50 | Online rent payment to Roxbury Corners for December 2015 rent | 68 |
| 12/14/15 | 108169.61 | 175.27 | 0.43 | Online payment for Nadia's Capital One credit card balance | 69 |
| 12/14/15 | 108774.23 | 604.62 | 1.49 | Online payment for Nadia's Chase credit card balance | 70 |
| 12/14/15 | 123726.23 | 14952.00 | 36.87 | ACH payment from Nadia's Camden National Bank account to Boston University for tuition fee | 71 |
| 1/1/2016 January | 123726.23 | | | 515.53 | |
| 01/05/16 | 124854.06 | 1127.83 | 4.17 | Online rent payment to Roxbury Corners for January 2016 rent | 72 |
| 01/07/16 | 126339.26 | 1485.20 | 5.09 | Online payment for Nadia's Chase credit card balance | 73 |
| 01/19/16 | 126802.99 | 463.73 | 0.83 | Online payment for Nadia's Capital One credit card balance | 74 |
| 2/1/2016 February | 126802.99 | | | 528.35 | |
| 02/01/16 | 126820.49 | 17.50 | 0.07 | Nadia's Venmo payment | 75 |
| 02/03/16 | 129008.21 | 2187.72 | 8.09 | Online rent payment to Roxbury Corners for February 2016 rent | 76 |
| 02/22/16 | 129549.52 | 541.31 | 0.59 | Online payment for Nadia's Chase credit card balance | 77 |
| 3/1/2016 March | 129549.52 | | | 539.79 | |
| 03/03/16 | 131743.92 | 2194.40 | 8.72 | Online rent payment to Roxbury Corners for March 2016 rent | 78 |
| 03/21/16 | 132532.51 | 788.59 | 1.19 | Online payment for Nadia's Chase credit card balance | 79 |
| 4/1/2016 April | 132532.51 | | | 552.22 | |
| 04/05/16 | 134724.85 | 2192.34 | 7.81 | Online rent payment to Roxbury Corners for April 2016 rent | 80 |
| 04/12/16 | 135024.37 | 299.52 | 0.78 | Online payment for Nadia's Chase credit card balance | 81 |
| 04/26/16 | 136179.37 | 1155.00 | 0.79 | Online payment to Boston University | 82 |
| 5/1/2016 May | 136179.37 | | | 567.41 | |
| 05/03/16 | 137679.37 | 1500.00 | 5.96 | Online rent payment to Roxbury Corners for May 2016 rent | 83 |
| 05/12/16 | 140669.37 | 2990.00 | 8.19 | Nadia's Venmo payment | 84 |
| 05/19/16 | 141069.37 | 400.00 | 0.71 | Nadia's Venmo payment | 85 |
| 05/23/16 | 141411.65 | 342.28 | 0.42 | Online payment for Nadia's Chase credit card balance | 86 |

# 5% Interest calculation

| Date | Balance | Payment | Interest | Description | # |
|---|---|---|---|---|---|
| 6/1/2016 June | 141411.65 | | 589.22 | | |
| 06/17/16 | 142454.64 | 1042.99 | 2.00 | Online payment for Nadia's Chase credit card balance | 87 |
| 7/1/2016 July | 142454.64 | | 593.56 | | |
| 07/01/16 | 144979.64 | 2525.00 | 10.72 | Check # 522 for rent payment written by Nadia for July 2016 rent at 125 W 75 Street LLC | 88 |
| 07/19/16 | 145237.84 | 258.20 | 0.46 | Payment to Delta Airline from Maria's Delta Credit Card for Nadia's flight NYC-Miami-NYC | 89 |
| 07/19/16 | 145496.04 | 258.20 | 0.46 | Payment to Delta Airline from Maria's Delta Credit Card for Nadia's boyfriend Charlie's flight NYC-Miami-NYC | 90 |
| 8/1/2016 August | 145496.04 | | 606.23 | | |
| 08/13/16 | 145618.40 | 122.36 | 0.32 | Payment to Walmart from Maria's Delta Credit Card for Nadia's Groceries | 91 |
| 08/31/16 | 145638.40 | 20.00 | 0.00 | Nadia's Venmo payment | 92 |
| 9/1/2016 September | 145638.40 | | 606.83 | | |
| 09/07/16 | 145725.40 | 87.00 | 0.29 | Nadia's Venmo payment | 93 |
| 10/1/2016 October | 145725.40 | | 607.19 | | |
| 10/03/16 | 145767.40 | 42.00 | 0.17 | Nadia's Venmo payment | 94 |
| 11/1/2016 November | 145767.40 | | 607.36 | | |
| 12/1/2016 December | 145767.40 | | 607.36 | | |
| 1/1/2017 January | 145767.40 | | 607.36 | | |
| 2/1/2017 February | 145767.40 | | 607.36 | | |
| 3/1/2017 March | 145767.40 | | 607.36 | | |
| 4/1/2017 April | 145767.40 | | 607.36 | | |
| 5/1/2017 May | 145767.40 | | 607.36 | | |
| 6/1/2017 June | 145767.40 | | 607.36 | | |
| 7/1/2017 July | 145767.40 | | 607.36 | | |
| 8/1/2017 August | 145767.40 | | 607.36 | | |
| 9/1/2017 September | 145767.40 | | 607.36 | | |
| 10/1/2017 October | 145767.40 | | 607.36 | | |
| 11/1/2017 November | 145767.40 | | 607.36 | | |
| 12/1/2017 December | 145767.40 | | 607.36 | | |
| 1/1/2018 January | 145767.40 | | 607.36 | | |
| 2/1/2018 February | 145767.40 | | 607.36 | | |
| 3/1/2018 March | 145767.40 | | 607.36 | | |
| 4/1/2018 April | 145767.40 | | 607.36 | | |
| 5/1/2018 May | 145767.40 | | 607.36 | | |
| 6/1/2018 June | 145767.40 | | 607.36 | | |
| 7/1/2018 July | 145767.40 | | 607.36 | | |
| 8/1/2018 August | 145767.40 | | 607.36 | | |
| 9/1/2018 September | 145767.40 | | 607.36 | | |
| 10/1/2018 October | 145767.40 | | 607.36 | | |
| 11/1/2018 November | 145767.40 | | 607.36 | | |
| 12/1/2018 December | 145767.40 | | 607.36 | | |
| 1/1/2019 January | 145767.40 | | 607.36 | | |
| 2/1/2019 February | 145767.40 | | 607.36 | | |

4

## 5% Interest calculation

| Date | | Principal | Interest |
|---|---|---|---|
| 3/1/2019 | March | 145767.40 | 607.36 |
| 4/1/2019 | April | 145767.40 | 607.36 |
| 5/1/2019 | May | 145767.40 | 607.36 |
| 6/1/2019 | June | 145767.40 | 607.36 |
| 7/1/2019 | July | 145767.40 | 607.36 |
| 8/1/2019 | August | 145767.40 | 607.36 |
| 9/1/2019 | September | 145767.40 | 607.36 |
| 10/1/2019 | October | 145767.40 | 607.36 |
| 11/1/2019 | November | 145767.40 | 607.36 |
| 12/1/2019 | December | 145767.40 | 607.36 |
| 1/1/2020 | January | 145767.40 | 607.36 |
| 2/1/2020 | February | 145767.40 | 607.36 |
| 3/1/2020 | March | 145767.40 | 607.36 |
| 4/1/2020 | April | 145767.40 | 607.36 |
| 5/1/2020 | May | 145767.40 | 607.36 |
| 6/1/2020 | June | 145767.40 | 607.36 |
| 7/1/2020 | July | 145767.40 | 607.36 |
| 8/1/2020 | August | 145767.40 | 607.36 |
| 9/1/2020 | September | 145767.40 | 607.36 |
| 10/1/2020 | October | 145767.40 | 607.36 |
| 11/1/2020 | November | 145767.40 | 607.36 |
| 12/1/2020 | December | 145767.40 | 607.36 |
| 1/1/2021 | January | 145767.40 | 607.36 |
| 2/1/2021 | February | 145767.40 | 607.36 |
| 3/1/2021 | March | 145767.40 | 607.36 |
| 4/1/2021 | April | 145767.40 | 607.36 |
| 5/1/2021 | May | 145767.40 | 607.36 |
| 6/1/2021 | June | 145767.40 | 607.36 |
| 7/1/2021 | July | 145767.40 | 607.36 |
| 8/1/2021 | August | 145767.40 | 607.36 |
| 9/1/2021 | September | 145767.40 | 607.36 |
| 10/1/2021 | October | 145767.40 | 607.36 |
| 11/1/2021 | November | 145767.40 | 607.36 |
| 12/1/2021 | December | 145767.40 | 607.36 |
| 1/1/2022 | January | 145767.40 | 607.36 |
| 2/1/2022 | February | 145767.40 | 607.36 |
| 3/1/2022 | March | 145767.40 | 607.36 |
| 4/1/2022 | April | 145767.40 | 607.36 |
| 5/1/2022 | May | 145767.40 | 607.36 |
| 6/1/2022 | June | 145767.40 | 607.36 |
| 7/1/2022 | July | 145767.40 | 607.36 |

5

**5% Interest calculation**

| Date | Principal | Interest |
|---|---|---|
| 8/1/2022 August | 145767.40 | 607.36 |
| 9/1/2022 September | 145767.40 | 607.36 |
| 10/1/2022 October | 145767.40 | 607.36 |
| 11/1/2022 November | 145767.40 | 607.36 |
| 12/1/2022 December | 145767.40 | 607.36 |
| 1/1/2023 January | 145767.40 | 607.36 |
| 2/1/2023 February | 145767.40 | 607.36 |
| 3/1/2023 March | 145767.40 | 607.36 |
| 4/1/2023 April | 145767.40 | 607.36 |
| 5/1/2023 May | 145767.40 | 607.36 |
| 6/1/2023 June | 145767.40 | 607.36 |
| 7/1/2023 July | 145767.40 | 607.36 |
| 8/1/2023 August | 145767.40 | 607.36 |
| 9/1/2023 September | 145767.40 | 607.36 |
| 10/1/2023 October | 145767.40 | 607.36 |
| 11/1/2023 November | 145767.40 | 607.36 |
| 12/1/2023 December | 145767.40 | 607.36 |
| 1/1/2024 January | 145767.40 | 607.36 |
| 2/1/2024 February | 145767.40 | 607.36 |
| 3/1/2024 March | 145767.40 | 607.36 |
| 4/1/2024 April | 145767.40 | 607.36 |
| 5/1/2024 May | 145767.40 | 607.36 |
| 6/1/2024 June | 145767.40 | 607.36 |
| 7/1/2024 July | 145767.40 | 607.36 |
| 8/1/2024 August | 145767.40 | 607.36 |
| 9/1/2024 September | 145767.40 | 607.36 |
| 10/1/2024 October | 145767.40 | 607.36 |
| 11/1/2024 November | 145767.40 | 607.36 |
| 12/1/2024 December | 145767.40 | 607.36 |
| 1/1/2025 January | 145767.40 | 607.36 |
| 2/1/2025 February | 145767.40 | 607.36 |
| 3/1/2025 March | 145767.40 | 607.36 |
| 4/1/2025 April | 145767.40 | 607.36 |
| 5/1/2025 May | 145767.40 | 607.36 |
| 6/1/2025 June | 145767.40 | 607.36 |
| 7/1/2025 July | 145767.40 | 607.36 |
| 8/1/2025 August | 145767.40 | 607.36 |
| 9/1/2025 September | 145767.40 | 607.36 |
| 10/1/2025 October | 145767.40 | 607.36 |
| 11/1/2025 November | 145767.40 | 607.36 |
| 12/1/2025 December | 145767.40 | 607.36 |

## 5% Interest calculation

| | | | | |
|---|---|---|---|---|
| 1/1/2026 | January | 145767.40 | | 607.36 |
| 1/2/2026 | February | 145767.40 | | 607.36 |
| | | | Interest | 81492.22 |
| | | | 388.89 | |
| Total as of February 1, 2026 | | | | 227648.51 |

81881.11