IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| RATNASIRI LIYANAGE-DON,<br><br>      Plaintiff,<br><br>v.<br><br>NADIA LIYANAGE-DON,<br><br>      Defendant. | Case No. 1:25-cv-00461-SDN<br><br>**MOTION FOR LEAVE TO FILE BELATED OPPOSITION** |

NOW COMES the Defendant, by and through undersigned counsel, and pursuant to **Fed. R. Civ. P. 6(b)(1)(B)**, respectfully moves for leave of Court to file its Opposition to Plaintiff's Motion for Leave to File Supplemental Memorandum **two (2) days after the deadline**, and states as follows:

1. Defendant's Opposition was due on October 20, 2025.

2. Due to an **unexpected disruption at undersigned counsel's office early this week**, certain communications and work processes were temporarily affected, resulting in a brief two-day delay in finalizing the filing.

3. The delay was **inadvertent, promptly remedied** once normal operations resumed, and has caused **no prejudice** to the Plaintiff.

4. Pursuant to **Fed. R. Civ. P. 6(b)(1)(B)** and *Pioneer Inv. Servs. Co. v. Brunswick Assocs.*, 507 U.S. 380 (1993), the circumstances constitute **excusable neglect**. The delay was minimal, in good faith, and without prejudice to any party.

- 2 -

Dated: October 22, 2025.                    Respectfully Submitted,

/s/ Benjamin E. Hartwell
Benjamin E. Hartwell, Bar No. 6619        Marc J. Randazza (*pro hac vice*)
STEVE SMITH TRIAL LAWYERS                 RANDAZZA LEGAL GROUP, PLLC
191 Water Street                          30 Western Avenue
Augusta, ME 04330                         Gloucester, MA 01930
Tel: (207) 622-3711                       Tel: (888) 887-1776
Email: ben@mainetriallaw.com              Email: ecf@randazza.com

*Attorneys for Defendant*